### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

BETTY J. BROWN                                                                                          Plaintiff

v.                                          4:11CV00212 BRW

MICHAEL J. ASTRUE,                                                                                  Defendant
Commissioner, Social
Security Administration,

## JUDGMENT

Pursuant to the Memorandum and Order filed today, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of July, 2012.


                                                /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE